1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  DAVID M. PORTER, Bar #127024
   Assistant Federal Defender
3  Counsel Designated for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5

6  Attorneys for Defendant
   MICHELLE ERNESTINA LUCERO
7

8
                    UNITED STATES DISTRICT COURT
9
                   EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA, | No. Cr. S 10-162 JAM |
   |---|---|
   | Plaintiff, | **STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)** |
   | v. | |
   | MICHELLE ERNESTINA LUCERO, | RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
   | Defendant. | |
   | | Judge: Honorable JOHN A. MENDEZ |

        Defendant, MICHELLE ERNESTINA LUCERO, by and through her attorney, Assistant Federal Defender David M. Porter, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

        1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

        2.     On February 18, 2014, this Court sentenced Ms. Lucero to a term of 37 months imprisonment;

        3.     Her total offense level was 21, her criminal history category was I, and the resulting guideline range was 37-46 months;

4. The sentencing range applicable to Ms. Lucero was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Ms. Lucero's total offense level has been reduced from 21 to 19, her amended guideline range is 30 to 37 months; and,

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Ms. Lucero's term of imprisonment to a total term of 30 months.

Respectfully submitted,

| Dated: February 25, 2015 | Dated: February 25, 2015 |
|---|---|
| BENJAMIN B. WAGNER<br>United States Attorney | HEATHER E. WILLIAMS<br>Federal Defender |
| /s/ *Jason Hitt*<br>JASON HITT<br>Assistant U.S. Attorney | /s/ *David M. Porter*<br>DAVID M. PORTER<br>Assistant Federal Defender |
| Attorney for Plaintiff<br>UNITED STATES OF AMERICA | Attorney for Defendant<br>MICHELLE ERNESTINA LUCERO |

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Ms. Lucero is entitled to the benefit Amendment 782, which reduces the total offense level from 21 to 19, resulting in an amended guideline range of 30 to 37 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed on February 18, 2014 is reduced to a term of 30 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Ms. Lucero shall report to the United States Probation Office within seventy-two hours after her release.

Dated:   February 27, 2015

/s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ
United States District Court Judge